## Williams *against* Kinnard.

JUDGE *Ellis* delivered the opinion of the Court.

Declaration stating an absolute contract not supported by evidence shewing a contract in the alternative.

This was an action of assumpsit in the Circuit Court of *Perry* County, by *Williams* against *Kinnard*. The first count in the declaration is an indebitatus assumpsit for meat, lodging, nursing, &c. furnished by plaintiff to defendant's infant daughter at his request. The second count a *quantum valebant* for the same. A trial was had on the general issue. The plaintiff proved a contract of the defendant, by which defendant agreed to bind his daughter to the plaintiff, or should he refuse to bind her, to pay so much for boarding, nursing, and clothing the daughter for such time as the plaintiff should keep her as the boarding, &c. were worth; that defendant refused to bind her to plaintiff, and that the plaintiff under the contract had boarded and clothed her, &c. for a certain time. The defendant by his Counsel moved the Court to instruct the Jury that this evidence did not support the declaration, which charge was given : a bill of Exceptions taken to it, and a verdict and judgment rendered for the defendant. The plaintiff here assigns as Error this charge of the Circuit Court.

The declaration charged an unconditional and absolute contract ; the evidence proved a contract in the alternative, materially different in its terms from that charged in the declaration ; and we feel no hesitation in saying that the charge of the Circuit Court was right. 2 East. 2. 2 Bos. and Pul. Shepham against Sanders.

Let the Judgment be affirmed.

Judge *Saffold* having presided on the trial below did not sit.